UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KATINA B. HARRIS, et al., | ) |
| Plaintiffs | ) |
| vs. | ) Case No.  2:10-cv-02799-HGD |
| MYLIFE.COM, | ) |
| Defendant | ) |

## DISMISSAL ORDER

Plaintiffs have filed a Notice of Voluntary Dismissal pursuant to Rule 41(a)(1)(A)(i), Fed.R.Civ.P.  Inasmuch as defendant has not filed an answer or a motion for summary judgment, it is ORDERED, ADJUDGED and DECREED that this action is due to be and hereby is DISMISSED WITHOUT PREJUDICE, costs taxed as paid.

Done this 21st day of December 2011.

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
167458